UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PENNY BENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:12-cv-00945-DKL-WTL |
| CAROLYN W. COLVIN Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

The court, having made its entry on August 26, 2013, it is ADJUDGED that the final decision of the Commissioner to terminate Disability Insurance Benefits and Supplemental Security Income disability benefits for Penny Benton as of February 20, 2006, is **REVERSED** and **REMANDED**.

So ORDERED.

Date: 08/26/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov